H. C. FINGAL ET AL., APPELLANT, v. MILLVALE BORO.

Appeal No. 44, Oct. T., 1894, by plaintiffs, taxpayers, from decree of C. P. No. 2, Allegheny Co., Oct. T., 1893, No. 636, refusing preliminary injunction. Argued with preceding case.

Bill for injunction.

The bill contained averments substantially as in the complaint in the preceding case. The court refused to order a preliminary injunction.

*Error assigned* was order, quoting it.

OPINION BY MR. JUSTICE GREEN, July 11, 1894:

For the reasons stated in the opinion now filed in the case of the Appeal of Howard et al., No. 41, Oct. Term, 1894, the decree of the court below is affirmed and the appeal dismissed at the cost of the appellant.